## Summit Restaurant Holdings, LLC

| Empire Restaurants, LLC | Heartland Restaurants, LLC | Bighorn Restaurants, LLC | Atlantic Star Foods, LLC | Summit Restaurant Development, LLC |
|---|---|---|---|---|
| Operating Company | Operating Company | Operating Company | Operating Company | |
| GA/FL/AL | KS/MO | MT/WY | GA/SC | |
| 36 Hardee's | 26 Hardee's | 9 Hardee's | 37 Hardee's | |