UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BIGHORN RESTAURANTS, LLC; ) | Case No. 23-11919 MER |
| SUMMIT RESTAURANT HOLDINGS, ) | Case No. 23-11921 MER |
| LLC; EMPIRE RESTAURANTS, LLC; ) | Case No. 23-11922 MER |
| HEARTLAND RESTAURANTS, LLC; ) | Case No. 23-11924 MER |
| ATLANTIC STAR RESTAURANTS, LLC; ) | Case No. 23-11925 MER |
| and SUMMIT RESTAURANT ) | Case No. 23-11926 MER |
| DEVELOPMENT, LLC, ) | |
| ) | |
| Debtors-in-Possession. ) | **(Jointly Administered under** |
| ) | **Case No. 23-11919 MER)** |
| ) | |
| ) | Chapter 11 |
| ) | |

**UNOPPOSED MOTION BY CERTAIN LANDLORDS TO EXTEND DEADLINE TO OBJECT TO CURE AMOUNTS AND ADEQUATE ASSURANCE OF FUTURE PERFORMANCE**

Montgomery & Sons, LLC, DARCO Properties – GEORGIA, LLC, and Wachs Capital Limited Partnership (collectively, the "Lessors"), landlords and creditors in these cases, move on an unopposed basis to extend the deadline for the Lessors to object in relation to the (i) *Affidavit of Coady Smith in Support of Adequate Assurance of Future Performance by Stalking Horse Purchaser* (as amended, the "Affidavit") [ECF Nos. 235 and 265]; and (ii) the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Transaction* (the "Cure Notice") [ECF No. 236], all filed in connection with the *Order (I) Approving the Bidding Procedures; (II) Approving Bid Protections; (III) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices; (IV) Scheduling the Bid Deadline, the Auction and Sale Hearing; (V) Approving the Form and Manner of Notice Thereof; and (VI) Granting Related Relief* (the "Bidding Procedures Order") [ECF No.

165], from June 30, 2023, at 4:00 p.m. to July 5, 2023, at 12:00 p.m. The following grounds support this Motion:

1. On May 4, 2023, the debtors herein filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. All the debtors are, collectively, the "Debtors."

2. On May 23, 2023, the Court entered the Bidding Procedures Order, setting up a process for the potential sale of the Debtors' assets. In connection with same, on June 9, 2023, the Debtors filed (i) the initial Affidavit (that was then amended on and June 28, 2023) that purports to provide sufficient adequate assurance information as to the stalking horse bidder, ARC Burger, LLC; and (ii) the Cure Notice whereby they identify the Lessors' leases as subject to possible assumption and assignment with various cure amounts for each.

3. The Cure Notice and Bidding Procedures Order provide that cure and proposed adequate assurance objections are due by June 30, 2023, at 4:00 p.m.

4. The Lessors have informally raised certain cure and adequate assurance issues with the Debtors, and the parties are discussing consensual resolution of those matters. To allow for adequate time to complete the foregoing, the Debtors have agreed to extend the cure and proposed adequate assurance objection deadline to July 5, 2023, at 12:00 p.m., for the Lessors. Thus, this Motion is **unopposed**.

WHEREFORE, the Lessors respectfully request that this Court consider this unopposed

Motion and thereupon enter an order extending solely for them the cure and proposed adequate assurance objection deadline to July 5, 2023, at 12:00 p.m.

Dated: June 30, 2023.              Respectfully submitted,

LAW OFFICES OF KEVIN S. NEIMAN, PC

*/s/ Kevin S. Neiman*
Kevin S. Neiman, CO # 36560
999 18th Street, Suite 1230 S
Denver, CO  80202
Tel:              (303) 996-8637
Fax:              (877) 611-6839
E-mail:         kevin@ksnpc.com

*Counsel for Montgomery & Sons, LLC, DARCO Properties – GEORGIA, LLC, and Wachs Capital Limited Partnership*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2023, I caused, via regular U.S. mail, postage prepaid, a true and correct copy of the foregoing and proposed order to be served on all the following parties and counsel pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth as follows:

| | |
|---|---|
| Atlantic Star Foods, LLC<br>7490 Clubhouse Road, Second Floor<br>Boulder, CO 80301-3720 | Bighorn Restaurants, LLC<br>7490 Clubhouse Road, Second Floor<br>Boulder, CO 80301-3720 |
| Empire Restaurants, LLC<br>7490 Clubhouse Road, Second Floor<br>Boulder, CO 80301-3720 | Heartland Restaurants, LLC<br>7490 Clubhouse Road, Second Floor<br>Boulder, CO 80301-3720 |
| Summit Restaurant Development, LLC<br>7490 Clubhouse Road, Second Floor<br>Boulder, CO 80301-3720 | Summit Restaurant Holdings, LLC<br>7490 Clubhouse Road, Second Floor<br>Boulder, CO 80301-3720 |

I HEREBY FURTHER CERTIFY that on June 30, 2023, I caused, via e-mail through CM/ECF, a true and correct copy of the foregoing and proposed order to be served on all the following parties and counsel pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth as follows:

- **Robert Samuel Boughner**   Samuel.Boughner@usdoj.gov
- **James E. Brown**   jim@jamesebrown.com, wy0j@aol.com;vlinneyb@aol.com

- **Lacey S. Bryan** lbryan@markuswilliams.com, janderson@markuswilliams.com;docket@markuswilliams.com
- **Chad S. Caby** ccaby@lewisroca.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com
- **Peter A. Cal** pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com
- **Brent R. Cohen** bcohen@lewisroca.com, brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com
- **Christopher J. Conant** cconant@hatchlawyers.com, cmaulin@hatchlawyers.com,ishorts@hatchlawyers.com,ngudeman@hatchlawyers.com
- **William Cross** wcross@markuswilliams.com, janderson@markuswilliams.com;Docket@markuswilliams.com
- **Frank W. DeBorde** fwd@mmmlaw.com
- **Matthew T. Faga** mfaga@markuswilliams.com, janderson@markuswilliams.com;docket@markuswilliams.com;sschaefer@markuswilliams.com
- **Brendan Gage** bgage@goulstonstorrs.com
- **Daniel J Garfield** dgarfield@fwlaw.com, dgarfield@mcallistergarfield.com;dlawrence@fwlaw.com;paralegal@fwlaw.com
- **Jacob Axel Johnson** jacob.johnson@alston.com
- **Patrick F Keery** pfk@keerymccue.com, mat@keerymccue.com;mthompson@ecf.courtdrive.com
- **James T. Markus** jmarkus@markuswilliams.com, docket@markuswilliams.com;sschaefer@markuswilliams.com
- **Matthew J Ochs** mjochs@hollandhart.com, tldevlin@hollandhart.com
- **Steven P. Ordaz** sordaz@bmcgroup.com, bmc@ecfAlerts.com
- **Robert E Richards** robert.richards@dentons.com, docket.general.lit.chi@dentons.com
- **Douglas B Rosner** drosner@goulstonstorrs.com
- **Craig K. Schuenemann** craig.schuenemann@bryancave.com, alicia.berry@bryancave.com,44Team_DEN@bryancave.com
- **Michael Schuster** schusterm@ballardspahr.com, henningc@ballardspahr.com;LitDocket_West@ballardspahr.com
- **US Trustee** USTPRegion19.DV.ECF@usdoj.gov
- **Jeffrey C Wisler** jwisler@connollygallagher.com
- **Lisa Wolgast** lwolgast@mmmlaw.com, twagner@mmmlaw.com
- **John F. Young** jyoung@markuswilliams.com, docket@markuswilliams.com;sschaefer@markuswilliams.com

*/s/ Kevin S. Neiman*
Kevin S. Neiman
